# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF JAMES BURGO

NO. 2019 CW 0612

**AUG 0 5 2019**

In Re:    Donald Burgo, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 19379.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relator's writ application failed to contain the following items:  (1) an index of all items, (2) a concise statement of the grounds on which the jurisdiction of the court is invoked, (3) a concise statement of the case, including the status of the case at the time the writ application is filed, in order to reflect any trial dates or hearing dates that are pending, (4) the issues and questions of law presented for determination by the court, (5) the assignments or specifications of errors and a memorandum in support of the application, (6) a copy of each pleading on which the judgment, order or ruling was founded, including the petition(s) in civil cases, (7) a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by relator that no opposing written document was filed, and (8) a copy of pertinent court minutes, in violation of Rules 4-5(C)(1), (2), (3), (4), (5), (8), (9) and (10) of the Uniform Rules of the Louisiana Courts of Appeal.  The writ application also did not include the affidavit required by Rule 4-5(A) of the Uniform Rules of the Louisiana Courts of Appeal.

Additionally, this court will not consider relator's request for supervisory review of four judgments because relator has improperly requested supervisory review of multiple judgments in a single writ application.  Relator may only request supervisory review of each judgment by filing a separate writ application with respect to each judgment.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relator seeks to file a new application with this court, such application must contain all pertinent documentation, including the missing documentation, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before September 3, 2019, and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT